UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

J&J Sports Productions, Inc.

    v.

Francisco Javier Ferreyra,
individually and d/b/a
Ferreyras Sports Bar

DEFAULT JUDGMENT

Case No. CIV S-09-1572 MCE DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $51,600 against defendant:

    **Francisco Javier Ferreyra, individually and doing business as Ferreyras Sports Bar**

March 26, 2010

VICTORIA C. MINOR, CLERK

By: /s/ K. Engbretson
K. Engbretson, Deputy Clerk