UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**J&J Sports Productions, Inc.**                                **DEFAULT JUDGMENT**

    **v.**
                                                  Case No. CIV S-09-1572 MCE DAD

**Francisco Javier Ferreyra,
individually and d/b/a
Ferreyras Sports Bar**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $51,600 against defendant:

        **Francisco Javier Ferreyra, individually and doing business as Ferreyras Sports Bar**

March 26, 2010

                                                    VICTORIA C. MINOR, CLERK

                                                    By:     /s/ K. Engbretson
                                                    K. Engbretson, Deputy Clerk