UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO JAVIER FERREYRA, individually and dba Ferreyra's Sports Bar, <br><br> Defendant. | CASE NO. CIV S-09-1572 MCE DAD <br><br> **ORDER** |

The Court is in receipt of an Ex Parte Application, presented on behalf of Plaintiff J & J Sports Productions. Inc., which seeks a court order authorizing a private process server to levy execution pursuant to C.C.P. § 699.080.  Because no such order is required under the Local Rules for this District, the Ex Parte Application (Docket No. 16) is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: April 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO
C.C.P. § 699.080 - CASE NO. CIV S-09-1572 MCE DAD                                                                             1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO
C.C.P. § 699.080 - CASE NO. CIV S-09-1572 MCE DAD                                                                 2